UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00184-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   LEON HENDERSON ASKEW,

        Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL
_____

        THIS MATTER is before the Court on Defendant's *pro se* Motion for Return of
Property [ECF No. 68], filed January 31, 2012, and Defendant's *pro se* Motion for Writ of
Habeas Corpus ad Prosequendum [ECF No. 69], filed January 31, 2012.   Under the law,
there is no constitutional right to a hybrid form of representation.   *See United States v.
Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).   Defendant is currently represented by
counsel, La Fonda Jones.   Consequently, the Court will not consider a motion that the
Defendant has filed *pro se*.   Accordingly it is

        ORDERED that Defendant's *pro se* Motion for Return of Property [ECF No. 68]
and his *pro se* Motion for Writ of Habeas Corpus ad Prosequendum [ECF No. 69], which
were both filed January 31, 2012, are **STRICKEN**.

        Dated: February 2, 2012