UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON HENDERSON ASKEW,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Motion Hearing on Defendant's Motion to Withdraw and for the Defendant to Proceed Pro Se (ECF Doc. No. 79), filed April 3, 2012, is set for **Monday, April 9, 2012, at 4:00 p.m, in Courtroom A-1002.**

    Dated: April 3, 2012.