UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON HENDERSON ASKEW,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the following four *pro se* motions: Defendant's Motion to Dismiss Indictment [ECF No. 90], filed May 29, 2012; Defendant's Motion for Franks Hearing [ECF No. 91], filed May 29, 2012; Defendant's Motion for Return of Property [ECF No. 92], filed May 29, 2012; and Defendant's Motion for Ineffective Assistance of Counsel [ECF No. 93], filed May 29, 2012.

    Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Defendant is currently represented by counsel, Daniel T. Smith. Consequently, the Court will not consider a motion that the Defendant has filed *pro se*. Accordingly it is

    ORDERED that Defendant's *pro se* Motion to Dismiss Indictment [ECF No. 90], filed May 29, 2012; Defendant's *pro se* Motion for Franks Hearing [ECF No. 91], filed May 29, 2012; Defendant's *pro se* Motion for Return of Property [ECF No. 92], filed May 29, 2012; and Defendant's *pro se* Motion for Ineffective Assistance of Counsel [ECF No. 93], filed May 29, 2012 are **STRICKEN**.

    Dated: May 30, 2012