UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00184-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.   LEON HENDERSON ASKEW,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     THIS MATTER is before the Court on the following four *pro se* motions filed by the Defendant: (1) Motion to Suppress Search and For Return of Seized Property [ECF No. 104], filed June 13, 2012; (2) Motion for Acquittal/Motion for New Trial [ECF No. 105], filed June 14, 2012; (3) Motion Objecting to Striking of Motions [ECF No. 106], filed June 14, 2012; and (4) Motion for Protective Order [ECF No. 107], filed June 14, 2012.

     Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).   Defendant is currently represented by counsel, Daniel T. Smith.   Consequently, the Court will not consider a motion that the Defendant has filed *pro se*.   Accordingly it is

     ORDERED that Defendant's *pro se* (1) Motion to Suppress Search and For Return of Seized Property [ECF No. 104], filed June 13, 2012; (2) Motion for Acquittal/Motion for New Trial [ECF No. 105], filed June 14, 2012; (3) Motion Objecting to Striking of Motions [ECF No. 106], filed June 14, 2012; and (4) Motion for Protective Order [ECF No. 107], filed June 14, 2012 are **STRICKEN**.

     Dated: June 15, 2012